
Case 3:21-cr-01817-TWR   Document 1   Filed 06/01/21   PageID.1   Page 1 of 3

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>Erick Vostok BERNAL,<br><br>Defendant. | Magistrate Case No. '21 MJ02200<br><br>COMPLAINT FOR VIOLATION OF<br><br>Title 8, U.S.C., Section 1326<br>Attempted Entry after Deportation |

The undersigned complainant being duly sworn states:

On or about May 30, 2021 within the Southern District of California, Defendant Erick Vostok BERNAL, an alien, who previously had been excluded, deported and removed from the United States to Mexico, attempted to enter the United States with the purpose, i.e. conscious desire, to enter the United States at the San Ysidro, California Port of Entry, without the Attorney General of the United States or his designated successor, the Secretary of the Department of Homeland Security (Title 6, United States Code, Sections 202(3) and (4), and 557), having expressly consented to the Defendant's reapplication for admission into the United States; in violation of Title 8, United States Code, Section 1326.

And the complainant states that this complaint is based on the attached statement of facts, which is incorporated herein by reference.

SIGNATURE OF COMPLAINANT
Ramon A. Galindo, CBP Enforcement Officer
U.S. Customs and Border Protection

Sworn and attested to under oath by telephone, in accordance with Federal Rule of Criminal Procedure 4.1, this 1st of June 2021.

HON. BARBARA L. MAJOR
UNITED STATES MAGISTRATE JUDGE

## PROBABLE CAUSE STATEMENT

I, United States Customs and Border Protection (CBP) Officer Julio Corrales, declare under penalty of perjury the following to be true and correct:

On May 30, 2021, at approximately 5:02 P.M., Erick Vostok BERNAL (Defendant), applied for admission into the United States from Mexico at the San Ysidro, California Port of Entry pedestrian primary lanes. Upon inspection before a United States Customs and Border Protection (CBP) Officer, Defendant did not have any documents to present. Defendant orally claimed to be a United States citizen and was going to Baldwin Park, California. Upon conducting primary queries, CBP Officer received a computer-generated alert and referred Defendant to secondary for further inspection.

In Secondary, Defendant was queried by fingerprint and photograph comparison through the Automated Biometric Identification System (IDENT) and the Integrated Automated Fingerprint Identification System (IAFIS). IDENT and IAFIS returned matches to the queries revealing Defendant's true name and identity as Erick Vostok BERNAL. IDENT and IAFIS also linked Defendant to Federal Bureau of Investigation (FBI) and Department of Homeland Security (DHS) service records which identify Defendant as a citizen and national of Mexico without legal documents to enter, pass through or reside in the United States.

Department of Homeland Security records revealed Defendant was ordered removed from the United States to Mexico by an administrative deportation on or about July 2, 2004 and was subsequently physically removed from the United States to Mexico on or about July 09, 2004 via Calexico, California. Defendant was last physically removed from the United States to Mexico on or about May 28, 2019 via El Paso, Texas subsequent to expedited removal. DHS records contain no evidence Defendant has applied for or received permission from the Attorney General of the United States or his designated successor, the Secretary of the Department of Homeland Security, to legally re-enter the United States.

Probable Cause Statement continued on page 2...

Continuation of Probable Cause Statement...
RE: Erick Vostok BERNAL (Defendant)

At approximately 8:32 P.M., Defendant was advised of his Miranda Rights and elected to give a statement. Defendant admitted he is a citizen of Mexico without documents to enter, reside or pass through the United States. Defendant stated he was going to Baldwin Park, California. Defendant stated he knows it is against the law to attempt to enter the United States without lawful documents. Defendant admitted to having previously been removed by an Immigration Judge and deported from the United States to Mexico.

Executed on this 31st day of May 2021 at 6:00 A.M.

Julio Corrales/ CBP Officer

On the basis of the facts presented in the Probable Cause Statement consisting of (2) pages, I find probable cause to believe that the defendant named therein committed the offense on May 30, 2021 in violation of Title 8, U.S.C., Section 1326.

MAGISTRATE JUDGE

6:44 PM, May 31, 2021

DATE / TIME