# Exhibit 1
# Entry ROIs




# U.S. CUSTOMS AND BORDER PROTECTION
## Department of Homeland Security
### San Diego Field Office
### San Ysidro/Otay Mesa Passenger
### Other Officer Report / Narrative Continuation

NARRATIVE CONTINUATION ☐     REPORT OF OTHER OFFICER INVOLVED IN INCIDENT ☒

REPORTING OFFICER NAME/TITLE/AGENCY: Avila, Albert C. / CBPO

SUBJECTS NAME: BERNAL, Erick Vostok     DOB: ▮▮▮▮

PORT OF ENTRY: SYS     SEIZURE NO:     DATE: 05/30/2021

TOPIC: OFC- Old Port Limit Line

IOIL NO. (IF ANY)

(Write in first person: identify observations, statements and behavior: contraband concealment: other pertinent facts.)

On 05/30/2021 at approximately 1700 hours, I was assigned to the San Ysidro Old Port Limit Line. While conducting document verification for US Citizens and Lawful Permanent Residents, BERNAL, Erick Vostok (DOB: 03/05/1983) presented himself for admittance into the US. BERNAL did not have any documents to establish his identity nor his citizenship. BERNAL was asked as to what his citizenship is and to include where exactly he was born. BERNAL claimed that he was born in Los Angeles, CA. Since there were no indicators to contradict his statement nor was there need for further questions, BERNAL was permitted to enter for Primary Inspection at San Ysidro Pedestrian East for further inspection. I continued with my duties at the San Ysidro Port of Entry.

CBPO AVILA, A.C./ ▮▮▮▮

_[signature]_

REPORTING OFFICER/BADGE NO:     APPROVING SUPERVISOR/BADGE NO:

AREA CODE (619) SAN YSIDRO: 690-8800 (04012004)

 

## U.S. CUSTOMS AND BORDER PROTECTION
### Department of Homeland Security
### San Diego Field Office
### San Ysidro/Otay Mesa Passenger

NARRATIVE CONTINUATION ☐    REPORT OF OTHER OFFICER INVOLVED IN INCIDENT ☐

REPORTING OFFICER NAME/TITLE/AGENCY: Bernardino, Jaime / CBPO / CBP

SUBJECTS NAME: BERNAL, Erick Vostok    DOB: ▮▮▮▮

PORT OF ENTRY: SYS    SEIZURE NO:    DATE: 05/30/2021

TOPIC: Oral false claim to citizenship/ Prior deport

IOIL NO. (IF ANY)

(Write in first person: identify observations, statements and behavior: contraband concealment: other pertinent facts.)

On May 30, 2021 at approximately 1700hrs, subject BERNAL, Erick Vostok (DOB 03/05/1983) applied for admission from Mexico to the U.S. at the San Ysidro Port of Entry pedestrian east facility. BERNAL was not in possession of any travel documents or identification but claimed to be a United States Citizen. When asked for his name and date of birth, BERNAL identified himself as RAZO, Ruben (DOB 09/24/1984). I obtained two negative declarations from BERNAL and asked where he was going, BERNAL stated that he was headed to Baldwin Park. I then referred BERNAL to secondary inspection to be fingerprinted, due not having proper travel documents or identification. I had no further involvement with the inspection.

REPORTING OFFICER/BADGE NO:    APPROVING SUPERVISOR/BADGE NO:
Bernardino, Jaime

AREA CODE (619) SAN YSIDRO: 690-8800; OTAY MESA: 671-8900; TECATE: 478-5341; ANDRADE: 572-0089




**U.S. CUSTOMS AND BORDER PROTECTION**
Department of Homeland Security
San Diego Field Office
San Ysidro/Otay Mesa Passenger
Other Officer Report / Narrative Continuation

| | |
|---|---|
| NARRATIVE CONTINUATION ☐ | REPORT OF OTHER OFFICER INVOLVED IN INCIDENT ☒ |
| REPORTING OFFICER NAME/TITLE/AGENCY: | CBPO GARCIA, WE |
| SUBJECTS NAME: RAZO, RUBEN | DOB: 09/21/1984 |
| PORT OF ENTRY: SYS   SEIZURE NO: N/A | DATE: 05/30/2021 |
| TOPIC: OFC | |
| IOIL NO. (IF ANY) | |

On 05/30/2021 I was assigned IAFIS officer in Pedestrian Secondary East Facility at the San Ysidro Port of Entry. RAZO, Ruben (DOB: 21Sep1984) was referred to secondary to determine identity and determine admissibility as he presented no documents to the primary officer. I asked RAZO where he was born, he claimed to be born in Los Angeles, CA. I 10 printed RAZO, IDENT queries revealed his true name and DOB was BERNAL PEREZ, Erick (DOB ████████3) A#████████ and had been apprehended before multiple times. IAFIS biometrics yield positive results FBI#████████. I contacted CEU and had no further contact.

REPORTING OFFICER/BADGE NO: | APPROVING SUPERVISOR/BADGE NO:

AREA CODE (619) SAN YSIDRO: 690-8800 (04012004)

SIGMA Event: 37871495

**U.S. Department of Homeland Security**  Subject ID : 188685709  **Record of Deportable/Inadmissible Alien**

| Family Name (CAPS) BERNAL, ERICK VOSTOK | First | Middle | Sex M | Hair BRO | Eyes BRO | Cmplxn MBR |
|---|---|---|---|---|---|---|
| Country of Citizenship MEXICO | Passport Number and Country of Issue | File Number Case No: | Height 70 | Weight 200 | Occupation | |
| U.S. Address IN DHS CUSTODY, UNITED STATES OF AMERICA | | | Scars and Marks | | | |
| Date, Place, Time, and Manner of Last Entry 05/30/2021, 17:30 | | Passenger Boarded at See Narrative | F.B.I. Number 630870NB0 | ☒ Single ☐ Divorced ☐ Married ☐ Widower ☐ Separated | | |
| Number, Street, City, Province (State) and Country of Permanent Residence | | | Method of Location/Apprehension ISP | | | |
| Date of Birth ██████83  Age: 38 | Date of Action 05/30/2021 | Location Code 2504 - SYS | At/Near SAN YSIDRO, CA | Date/Hour 05/30/2021 2211 | | |
| City, Province (State) and Country of Birth MEXICO | AR ☒ | Form : (Type and No.) Lifted ☐ Not Lifted ☐ | By CORRALES, CAR24864 | | | |
| NIV Issuing Post and NIV Number None | Social Security Account Name None | | Status at Entry See Narrative | Status When Found TRAVEL/SEEKING | | |
| Date Visa Issued None | Social Security Number None | | Length of Time Illegally in U.S. At Entry | | | |
| Immigration Record NEGATIVE | Criminal Record None Known | | | | | |
| Name, Address, and Nationality of Spouse (Maiden Name, if Appropriate) | | | Number and Nationality of Minor Children NA | | | |
| Father's Name, Nationality, and Address, if Known | | | Mother's Present and Maiden Names, Nationality, and Address, if Known | | | |
| Monies Due/Property in U.S. Not in Immediate Possession None Claimed | Fingerprinted? ☒ Yes ☐ No | Systems Checks See Narrative | Charge Code Words(s) See Narrative | | | |
| Name and Address of (Last)(Current) U.S. Employer | Type of Employment | | Salary Hr | Employed from/to | | |

Narrative (Outline particulars under which alien was located/apprehended. Include details not shown above regarding time, place and manner of last entry, attempted entry, or any other entry, and elements which establish administrative and/or criminal violation. Indicate means and route of travel to interior.)

FINS: 15975228            Left Index Finger             Right Index Finger

STATUS AT ENTRY
----------------------------------------
United States Citizen-False Claim

BOARDED AT
----------
TIJUANA, BAJA CALIFORNI
...(CONTINUED ON I-831)

CORRALES, CAR████
CBP OFFICER

Alien has been advised of communication privileges  05/30/2021   (Date/Initials)   (Signature and Title of Immigration Officer)

Distribution:      Received: (Subject and Documents) (Report of Interview)

A-FILE             Officer: CORRALES, CAR████ - CBP OFFICER
                   on: May 30, 2021                    (time)
                   Disposition: PAROLED-(DT)-PORT OF ENTRY
                   Examining Officer:
                   NEDDERMEYER, Eric - SUPERVISORY CBP OFF

Form I-213 (Rev. 08/01/07)

**U.S. Department of Homeland Security**  Continuation Page for Form **I213**

| | | |
|---|---|---|
| Alien's Name: BERNAL, ERICK VOSTOK | File Number A- [redacted]<br>SIGMA Event: [redacted]<br>Event No: [redacted] | Date: June 1, 2021 |

RECORDS CHECKED
----------------
AFIS Pos
CIS Pos
CLAIM Neg
EARM Pos
NCIC Pos
TECS Pos

SECTION CODES
-------------
Sec212(a)(7)(A)(i)(I)
8 USC 1182-ALIEN INADMISSIBILITY UNDER SEC 212(a)
8 USC 1326A

On May 30, 2021, at approximately 5:02 P.M., Erick Vostok BERNAL (Defendant), applied for admission into the United States from Mexico at the San Ysidro, California Port of Entry pedestrian primary lanes. Upon inspection before a United States Customs and Border Protection (CBP) Officer J. Bernardino, Defendant did not present any travel documents. Defendant orally claimed to be a United States citizen and stated his name as Ruben Razo born on September 24, 1984. Defendant stated he was going to Baldwin Park, California. Upon conducting primary queries, the CBP Officer referred Defendant to secondary for further inspection

In secondary, CBP Officer We. Garcia queried Defendant by fingerprint and photograph comparison through the Automated Biometric Identification System (IDENT) and the Integrated Automated Fingerprint Identification System (IAFIS). IDENT and IAFIS returned matches to the queries revealing Defendant's true name and identity. Defendant was linked to Federal Bureau of Investigation number [redacted] and Alien Registration number [redacted] which identified Defendant as a citizen of Mexico without lawful documents to enter the United States.

Further DHS database queries in Central Index System (CIS) and Enforce Alien Removal Module (EARM) confirmed Defendant to be a citizen of Mexico with no legal rights to enter the United States. EARM records indicate, Defendant was ordered removed from the United States by Administrative deportation / Removal Ordered on or about July 02, 2004 and was subsequently physically removed from the United States to Mexico on or about July 09, 2004, through Calexico, California. Defendant was last physically removed from the United States to Mexico on or about May 28, 2019, through El Paso, Texas. DHS records contain no evidence Defendant has applied for or received permission from the Attorney General of the United States or his designated successor, the Secretary of the Department of Homeland Security, to legally re-enter the United States. The San Ysidro Criminal Enforcement Unit (CEU) was contacted and informed of Defendants immigration and criminal history.

On May 30, 2021 at approximately 8:16 P.M., Defendant was placed under arrest and advised of his Miranda rights during a videotaped interview conducted by CBP Officer Corrales and witnessed by CBP Officer Pennock in the English language. Defendant acknowledged his rights both verbally and in writing and elected to waive his rights, an made a statement. In Summary, Defendant admitted he is a citizen of Mexico without documents to enter, reside or pass through or remain in the United States. Defendant stated he was in good health and was not under the influence of any medication or drugs.

...(CONTINUED ON NEXT PAGE)

| Signature: [signature] CORRALES, CAR24864 | Title: CBP OFFICER |
|---|---|

2 of 3 Pages

Form I-831 Continuation Page (Rev. 08/01/07)

**U.S. Department of Homeland Security**  Continuation Page for Form **I213**

| Alien's Name | File Number / SIGMA Event / Event No | Date |
|---|---|---|
| BERNAL, ERICK VOSTOK | File Number A- [redacted]<br>SIGMA Event: [redacted]<br>Event No: [redacted] | June 1, 2021 |

RECORDS CHECKED
----------------
AFIS Pos
CIS Pos
CLAIM Neg
EARM Pos
NCIC Pos
TECS Pos

SECTION CODES
-------------
Sec212(a)(7)(A)(i)(I)
8 USC 1182-ALIEN INADMISSIBILITY UNDER SEC 212(a)
8 USC 1326A

On May 30, 2021, at approximately 5:02 P.M., Erick Vostok BERNAL (Defendant), applied for admission into the United States from Mexico at the San Ysidro, California Port of Entry pedestrian primary lanes. Upon inspection before a United States Customs and Border Protection (CBP) Officer J. Bernardino, Defendant did not present any travel documents. Defendant orally claimed to be a United States citizen and stated his name as Ruben Razo born on September 24, 1984. Defendant stated he was going to Baldwin Park, California. Upon conducting primary queries, the CBP Officer referred Defendant to secondary for further inspection

In secondary, CBP Officer We. Garcia queried Defendant by fingerprint and photograph comparison through the Automated Biometric Identification System (IDENT) and the Integrated Automated Fingerprint Identification System (IAFIS). IDENT and IAFIS returned matches to the queries revealing Defendant's true name and identity. Defendant was linked to Federal Bureau of Investigation number [redacted] and Alien Registration number [redacted] which identified Defendant as a citizen of Mexico without lawful documents to enter the United States.

Further DHS database queries in Central Index System (CIS) and Enforce Alien Removal Module (EARM) confirmed Defendant to be a citizen of Mexico with no legal rights to enter the United States. EARM records indicate, Defendant was ordered removed from the United States by Administrative deportation / Removal Ordered on or about July 02, 2004 and was subsequently physically removed from the United States to Mexico on or about July 09, 2004, through Calexico, California. Defendant was last physically removed from the United States to Mexico on or about May 28, 2019, through El Paso, Texas. DHS records contain no evidence Defendant has applied for or received permission from the Attorney General of the United States or his designated successor, the Secretary of the Department of Homeland Security, to legally re-enter the United States. The San Ysidro Criminal Enforcement Unit (CEU) was contacted and informed of Defendants immigration and criminal history.

On May 30, 2021 at approximately 8:16 P.M., Defendant was placed under arrest and advised of his Miranda rights during a videotaped interview conducted by CBP Officer Corrales and witnessed by CBP Officer Pennock in the English language. Defendant acknowledged his rights both verbally and in writing and elected to waive his rights, an made a statement. In Summary, Defendant admitted he is a citizen of Mexico without documents to enter, reside or pass through or remain in the United States. Defendant stated he was in good health and was not under the influence of any medication or drugs.

...(CONTINUED ON NEXT PAGE)

| Signature | Title |
|---|---|
| [signature] CORRALES, CAR24864 | CBP OFFICER |

2 of 3 Pages

Form I-831 Continuation Page (Rev. 08/01/07)

U.S. Department of Homeland Security          Continuation Page for Form __I213__

| Alien's Name | File Number A- | Date |
|---|---|---|
| BERNAL, ERICK VOSTOK | SIGMA Event: <br> Event No: | June 1, 2021 |

Defendant stated his destination was Baldwin Park, California. Defendant told primary officer he was a United States Citizen born in Los Angeles General Hospital and claimed his name was Ruben RAZA born on September 21, 1984. Defendant admitted that he orally claimed United States Citizen to attempt to enter the United States using a fictitious name and date of birth. Defendant admitted he was arrested multiple times in the United States and has previously been removed from the United States to Mexico by an Immigration Judge for a period of 25 years or life in which he could not remember. Defendant claimed the reason he provided a fictitious name was because he was having an episode (Defendant stated an episode was a feeling). Defendant would not elaborate or explain when asked. Defendant stated he knows it is against the law to attempt to enter the United States without lawful immigration documents.

Defendant was questioned regarding his health, drug and alcohol use (for detention and booking purposes). Defendant was lucid and did not appear to be ill, intoxicated or under the influence of drugs. Defendant did offer rational responses to questions asked of him. Defendant did not appear to be unusually nervous or fearful. Defendant did not request or receive any bodily comforts during the interview and no promises or threats were made to elicit statements. No breaks were taken during the interview.

DISPOSITION: Defendant was paroled into the United States and booked into the Metropolitan Correctional Center (MCC) pending criminal arraignment for violation of Title 8 United States Code, Section 1326 Attempted Entry after Deportation.

| Signature | Title |
|---|---|
| CORRALES, | CBP OFFICER |

3 of 3 Pages

Form I-831 Continuation Page (Rev. 08/01/07)