1  **ROXANA SANDOVAL**
   California State Bar No. 292327
2  **FEDERAL DEFENDERS OF SAN DIEGO, INC.**
   225 Broadway, Suite 900
3  San Diego, California 92101-5030
   Telephone: (619) 234-8467
4  Facsimile: (619) 687-2666
   Roxana_Sandoval@fd.org
5
   Attorneys for
6  Erick Vostok Bernal

7              UNITED STATES DISTRICT COURT

8              SOUTHERN DISTRICT OF CALIFORNIA

9

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO.: 21-CR-1817-TWR |
| Plaintiff, | Hon. Todd W. Robinson<br>Date: August 20, 2021<br>Time: 1:30 p.m. |
| v. | |
| ERICK VOSTOK BERNAL, | Supplemental Briefing in Support of Motion to Dismiss Count One of the Indictment |
| Defendant. | |

On August 18, 2021, The Honorable Miranda M. Du, Chief District Judge for the District of Nevada, granted a substantially similar motion in *United States v. Carrillo-Lopez*, 20-CR-026-MMD-WGC. Exhibit A, Order, 20-CR-026, Dkt. No. 60. The Court from the District of Nevada held an evidentiary hearing on February 2, 2021. 20-CR-026, Dkts. No. 48, 49. In granting the motion, the Court wrote: "Because Carrillo-Lopez has established that Section 1326 was enacted with a discriminatory purpose and that the law has a disparate impact on Latinx persons, and the government fails to show that Section 1326 would have been enacted absent racial animus . . . the Court will grant the Motion." Exh. A at 1.

If the Court believes it needs further information, as the Court did in Nevada, Mr. Bernal respectfully reiterates his request for a full evidentiary hearing on the merits of the motion.

|   |   |
|---|---|
|   | Respectfully submitted, |
| Dated: August 18, 2021 | *s/ Roxana Sandoval* <br> Federal Defenders of San Diego, Inc. <br> Attorneys for <br> Erick Vostok Bernal <br> Email: Roxana_Sandoval@fd.org |